UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RANDOLPH,

    Petitioner,

v.

J. SCHULTZ,

    Respondent.

Case No. 25-cv-02895-JD

**ORDER RE DISMISSAL**

Pro se petitioner, a state prisoner, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP, or otherwise communicated with the Court. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: June 9, 2025

JAMES DONATO
United States District Judge